UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OLGA DAVILA,

                  Plaintiff,                JUDGMENT

  v.

                                                    22-cv-7561 (LDH) (LB)

THE NEW YORK CITY DEPARTMENT OF EDUCATION,
MEISHA PORTER, CHARLES PEEPLES, PRINCIPAL
DOREEN CONWELL, IA PRINCIPAL ASIA BURNETT,
VIVIAN ORLEN, MICHAEL MULGREW, DAVID
CAMPBELL, UNITED FEDERATION OF TEACHERS,
and LEROY BARR,

                  Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on January 8, 2024, dismissing this action for failure to prosecute; it is

       ORDERED and ADJUDGED that this action is dismissed for failure to prosecute.

Dated:  Brooklyn, New York                               Brenna B. Mahoney
           January 9, 2024                                  Clerk of Court

                                                          By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk